UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:00-cr-86-FtM-29DNF

ALFREDO AYALA

---

REVOCATION OF SUPERVISED RELEASE
AND JUDGMENT AND COMMITMENT

On June 30, 2006 the Assistant United States Attorney Doug Molloy and the defendant, Alfredo Ayala, with counsel Russell Rosenthal appeared before the Court. Alfredo Ayala was sentenced on November 27, 2001 for the offense of Conspiracy to Possess with Intent to Distribute 5 Kilograms or More of Cocaine and a Quantity of Marijuana and received a sentence imposing 37 months incarceration followed by a four year term of supervised release. The Probation Officer of this Court has petitioned the Court to revoke the supervised release previously entered.

After being advised of his rights, the defendant admitted facts regarding Violations One, Four, Five and Six, which the Court found to constitute a violation of supervised release. Violations Two and Three were dismissed upon motion of the United States. The Court finds, after hearing from both counsel and the defendant, that the defendant has violated the terms of the Supervised Release for the reasons stated in Violations One, Four, Five and Six in the Superceding Petition.

It is, therefore, **ORDERED AND ADJUDGED:**

1. The Superceding Petition (Doc. #295) is **GRANTED.**

2. Supervised Release is **REVOKED** and the defendant **Alfred Ayala** is hereby committed to the custody of the Bureau of Prisons or its authorized representative for **IMPRISONMENT** for a period of **60 months** or until the defendant is otherwise discharged as

provided by law.

3. The Court recommends that the defendant be housed in a facility as close to family (Collier County, Florida) as possible.

4. Supervised Release is not reimposed.

5. The defendant is **REMANDED** to the custody of the United States Marshal Service to await designation of a facility.

It is further **ORDERED** that the Clerk deliver a certified copy of this Revocation of Supervised Release and Judgment and Commitment to the United States Marshal or other qualified officer and the copy serve as the commitment of the defendant.

**DONE** and **ORDERED** at Fort Myers, Florida this 30th day of June, 2006

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record
U.S. Marshal
Probation